■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LINDA M. GRIFFIN, Appellant. [825 NYS2d 402]—Appeal from a judgment of the Erie County Court (Shirley Troutman, J.), rendered April 4, 2005. The judgment convicted defendant, upon her plea of guilty, of identity theft in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Baxter*, 302 AD2d 950 [2003], *lv denied* 99 NY2d 652 [2003]). Present—Hurlbutt, J.P., Smith, Centra and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL GALLION, Appellant. [825 NYS2d 403]—Appeal from a judgment of the Supreme Court, Erie County (Joseph S. Forma, J.), rendered February 17, 2005. The judgment convicted defendant, upon his plea of guilty, of criminal sale of a controlled substance in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Utsey*, 7 NY3d 398 [2006]). Present—Hurlbutt, J.P., Smith, Centra and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES ALEXANDER MOORE, Appellant. [825 NYS2d 403]—Appeal from a judgment of the Supreme Court, Monroe County (Francis A. Affronti, J.), rendered August 21, 2003. The judgment convicted defendant, upon his plea of guilty, of attempted murder in the second degree, robbery in the first degree (two counts), assault in the second degree (three counts) and grand larceny in the fourth degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Hurlbutt, J.P., Smith, Centra and Pine, JJ.